UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TROY K. SCHEFFLER,                                              Case No. 18-CV-3477 (PJS/LIB)

      Plaintiff,

v.                                                                                          ORDER OF DISMISSAL

GLOBAL CREDIT & COLLECTION CORP.,

      Defendant.

---

Based upon the Stipulation for Dismissal filed by the parties on March 19, 2019 [ECF No. 36],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.


Dated: March 20, 2019

                                                s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge